IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH SCHNEIDER : Chapter 13
 :
                      Debtor : Bankruptcy No: 15-15306

ORDER

AND NOW, this 3rd day of August, 2016, upon review of the Motion of the Chapter 13 Standing Trustee For Dismissal, it is hereby ORDERED and DECREED that the above mentioned Debtor's case is dismissed without prejudice for the failure of debtor to provide business information sufficient for the trustee to evaluate the financial condition of the Debtor and/or plan.

_____ J.