```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                              Case No. 15-15306-jkf
Joseph Schneider                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2            Date Rcvd: Aug 03, 2016
                              Form ID: pdf900          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
```
db            +Joseph Schneider,    326 Larchwood Road,    Springfield, PA 19064-2610
NONE           Jane Schneider,    129 Saxer Avenue,    Springfield, PA  19064
13570122       American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13570123      +American Express,    P.O. Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13588358       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13590701       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13586661      +Anton Plumbing,    1312 Providence Road,    Secane, PA 19018-2808
13586662       Caliber Home Loans, Inc.,    P.O. Box 9081,    Temecula, CA 92589-9081
13570124      +Cb South,    4621 W. Napoleon,    Metairie, LA 70001-2487
13570125       Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13570126      +Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
13570128       Delaware Co Domestic Realtions,    2nd And Orange Strs,    Media, PA 19063
13570129      +Dolores Varga, Esquire,    7 West Baltimore Avenue,    Media, Pa 19063-3303
13586668      +Durham & James, P.C.,    320 West Front Street,    Media, PA 19063-2632
13570130      +First Data,    1307 Walt Whitman Rd,    Melville, NY 11747-4819
13570132       Great Lakes,    P.O. Box 530229,    Atlanta, GA 30353-0229
13570136       Jane Kemmey Schneider,    129 N. Saxer Avenue,    Springfield, PA 19064
13570135      +Jane Kemmey Schneider,    165 S. Rolling Road,    Springfield, PA 19064-2417
13648343      +Jane Schneider c/o,    Law Office of Robert Braverman, LLC,    1060 N. Kings Hwy., Suite #333,
                Cherry Hill, NJ 08034-1910
13586675      +Keller, Lisgar & Williams, LLP,    101 East Darby Road,    Havertown, PA 19083-5321
13586676      +Keystone Health Plan,    145 Bradford Drive,    W. Berlin, NJ 08091-9269
13586677      +LSF9 Mortgage Holdings, LLC,    c/o Caliber Home Loans, Inc. as Servicer,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
13570137      +Law Offices of Andrew V. Guilfoil,    41 E Front Street,    Media, PA 19063-2911
13586678       Margaret A. Young, Collector,    c/o Republic Bank,    P.O. Box 70218,
                Philadelphia, PA 19176-0218
13570143      +Richard A. James, Esquire,    DURHAM & JAMES, P.C.,    320 West Front Street,
                Media, PA 19063-2632
13570145       Staples Credit, Inc.,    P.O. Box 639020,    Des Moines, IA
13586684       Trojan Professional Services, Inc.,    P.O. Box 1270,    Los Alamitos, CA 90720-1270
13593349       United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                Madison, WI  53708-8973
13570146      +Us Dept Of Ed/glelsi,    P.O. Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Aug 04 2016 01:56:04     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2016 01:55:54     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13577974       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2016 02:03:30
                American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13570127      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 04 2016 01:56:21
                Credit Collection Services,    2 Wells Avenue,    Newtown, MA 02459-3246
13570133      +E-mail/Text: bankruptcy@icsystem.com Aug 04 2016 01:56:17     I.C. Systems, Inc,
                444 Highway 96 East,    P.O. Box 64378,    St. Paul, Mn 55164-0378
13570134       E-mail/Text: cio.bncmail@irs.gov Aug 04 2016 01:55:20     Internal Revenue Service,
                P.O. Box 16336,    Philadelphia, PA 19114
13570138       E-mail/Text: camanagement@mtb.com Aug 04 2016 01:55:27     M & T Bank,    Attn: Bankruptcy,
                1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13570139       E-mail/Text: camanagement@mtb.com Aug 04 2016 01:55:27     M&T Bank,    P.O. Box 62182,
                Baltimore, MD 21264-2182
13570141       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2016 01:55:34     PA Dept of Revenue,
                Po Box 280946,    Harrisburg, PA 17128-0946
13570140       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2016 01:55:34     Pa Department Of Revenue,
                Bankruptcy Division,    Bureau of Compliance,    Dept. 280946, 9th Floor,
                Harrisburg, PA 17128-0946
13573873       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2016 01:55:34
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13570144       E-mail/PDF: pa_dc_claims@navient.com Aug 04 2016 01:43:58     Sallie Mae,    P.O. Box 9655,
                Wilkes Barre, PA 18773-9655
13586683      +E-mail/Text: leslie_lawrence@glic.com Aug 04 2016 01:55:54     The Guardian Life Insurance,
                Company of America,    3900 Burgess Place,    Bethlehem, PA 18017-9097
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                  Date Rcvd: Aug 03, 2016
                               Form ID: pdf900              Total Noticed: 42

smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13586660*      +American Express,    P.O. Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13586659*       American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13586663*      +Cb South,    4621 W. Napoleon,    Metairie, LA 70001-2487
13586665*      +Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
13586664*       Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13586666*      +Credit Collection Services,    2 Wells Avenue,    Newtown, MA 02459-3246
13586667*      +Dolores Varga, Esquire,    7 West Baltimore Avenue,    Media, Pa 19063-3303
13586669*      +First Data,    1307 Walt Whitman Rd,    Melville, NY 11747-4819
13570131*      +First Data,    1307 Walt Whitman, RD,    Melville, NY 11747-4819
13586670*      +First Data,    1307 Walt Whitman, RD,    Melville, NY 11747-4819
13586671*       Great Lakes,    P.O. Box 530229,    Atlanta, GA 30353-0229
13586672*      +I.C. Systems, Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, Mn 55164-0378
13586673*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    P.O. Box 16336,
                 Philadelphia, PA 19114)
13586674*      +Jane Kemmey Schneider,    165 S. Rolling Road,    Springfield, PA 19064-2417
13586679*       PA Dept of Revenue,    Po Box 280946,    Harrisburg, PA 17128-0946
13570142*       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    Dept. 280946, 9th Floor,
                 Harrisburg, PA 17128-0946
13586680*       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    Dept. 280946, 9th Floor,
                 Harrisburg, PA 17128-0946
13586681*      +Sallie Mae,    P.O. Box 9655,    Wilkes Barre, PA 18773-9655
13586682*       Staples Credit, Inc.,    P.O. Box 639020,    Des Moines, IA
13586685*      +Us Dept Of Ed/glelsi,    P.O. Box 7860,    Madison, WI 53707-7860
13570147*      +Us Dept Of Ed/glelsi,    P.O.Box 7860,    Madison, WI 53707-7860
13586686*      +Us Dept Of Ed/glelsi,    P.O.Box 7860,    Madison, WI 53707-7860
                                                                                               TOTALS: 0, * 23, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy5@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN WILLIAM GIBSON    on behalf of  Jane  Schneider kevingibson@gibperk.com
              ROBERT H. HOLBER    on behalf of Debtor Joseph  Schneider rholber@holber.com
              ROBERT H. HOLBER    on behalf of Defendant Joseph  Schneider rholber@holber.com
              ROBERT NEIL BRAVERMAN    on behalf of  Jane  Schneider robert@bravermanlaw.com
              ROBERT NEIL BRAVERMAN    on behalf of Plaintiff Jane  Schneider robert@bravermanlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH SCHNEIDER : Chapter 13
:
Debtor : Bankruptcy No: 15-15306

ORDER

AND NOW, this 3rd day of August, 2016, upon review of the Motion of the Chapter 13 Standing Trustee For Dismissal, it is hereby ORDERED and DECREED that the above mentioned Debtor's case is dismissed without prejudice for the failure of debtor to provide business information sufficient for the trustee to evaluate the financial condition of the Debtor and/or plan.

_____ J.